IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
LOGGED ___ RECEIVED

NOV 1 5 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPU

UNITED STATES OF AMERICA

vs.

MEHUL KHATIWALA

\*
\*
\*

Case No. DKC-23-0390-01

\*\*\*\*\*\*

### ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __Henry Muzurek, Ret. Co.__, and the Government was represented by Assistant United States Attorney __Marty Clarke__, it is

ORDERED, this __15th__ day of November, 2023, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Adam B. Abelson
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement